**Eastern District of New York Bankruptcy Court**

1-18-43723-nhl

In Re: Foodoni NY 23 Corp.

Corporate Resolution Pursuant to E.D.N.Y. LBR 1074-1(a)

Panos Seretis, sole member and manager of Debtor, hereby authorizes the filing of this Petition.

Dated: July 11, 2018

Signed: *[signature]*

T. Bryce Jones, Esq., attorney for Panos Seretis